UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

                Plaintiff,

   v.

R. CAMPBELL, et al.,

                Defendants.

Case No. C24-5636-KKE-SKV

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS

Plaintiff is a Kitsap County pre-trial detainee proceeding pro se in this civil rights action. The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1)    Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis*, Dkt. 6, is GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is thereafter required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

(2)    Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of Plaintiff is directed to calculate an initial partial

filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to Plaintiff's prison account; or (b) the average monthly balance in Plaintiff's prison account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if Plaintiff's prison account exceeds $10.00, each month the agency having custody of Plaintiff is directed to collect and forward payments equal to 20 percent of Plaintiff's preceding month's income credited to his prison account. In the event that the monthly payment would reduce Plaintiff's prison account to below $10.00, the agency should collect and forward only that amount which would reduce Plaintiff's prison account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send a copy of this Order to Plaintiff, to the financial officer of this Court, and to the agency having custody of Plaintiff.

Dated this 16th day of September, 2024.

S. KATE VAUGHAN
United States Magistrate Judge