UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

        Plaintiff,

  v.

R. CAMPBELL, et al.,

        Defendant.

Case No. C24-5636-KKE-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation. Dkt. No. 10.

(2)    This action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 19th day of November, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1